**AYDM ASSOCIATES, LLC,**
**Plaintiff-Appellant,**

v.

**TOWN OF PAMELIA, Lawrence**
**C. Longway, Defendants-**
**Appellees.**

**16-3269-cv**

United States Court of Appeals,
Second Circuit.

June 8, 2017

FOR PLAINTIFF-APPELLANT: PE-
TER G. BARBER, Murphy, Burns, Barber &
Murphy, LLP, Albany, NY., L. Michael
Mackey, Feeney Centi & Mackey, Albany,
NY.

FOR DEFENDANTS-APPELLEES:
DAVID H. WALSH, Barth Sullivan Behr, Syr-
acuse, NY.

PRESENT: José A. Cabranes, Gerard
E. Lynch, Circuit Judges. Kiyo A.
Matsumoto, District Judge.*

### SUMMARY ORDER

Plaintiff-appellant AYDM Associates,
LLC appeals the September 8, 2016 judg-
ment of the district court, granting sum-
mary judgment to the Town of Pamelia
and Lawrence C. Longway.[1]

On appeal, AYDM asserts that the dis-
trict court erred in holding that Emerald
Acres and Liberty were not "similarly situ-
ated" for the purposes of a "class of one"
claim or a "selective enforcement" claim
under the Equal Protection Clause of the
Fourteenth Amendment. It also argues,
among other things, that the district court
erred in rejecting its substantive and pro-
cedural due process claim under the Due

Process Clause of the Fourteenth Amend-
ment.

For substantially the reasons set forth
in the district court's well-reasoned opin-
ion, we hold these claims to be without
merit. We have considered all of the argu-
ments raised by the parties on appeal and,
upon our independent review of the record,
the judgment of the district court is **AF-
FIRMED**.

**UNITED STATES of America,
Appellee,**

**v.**

**Gregory GRIFFIN, AKA Meeshack,**

---

\* Judge Kiyo A. Matsumoto of the United States
District Court for the Eastern District of New
York, sitting by designation.

1. AYDM brought several claims pursuant to
42 U.S.C. §§ 1983 and 1985 below, including:
(1) procedural and substantive violations of
the Due Process Clause of the Fourteenth
Amendment; (2) violations of the Equal Pro-
tection Clause of the Fourteenth Amendment;
and (3) conspiracy to deprive AYDM of its
constitutional protections. AYDM also

---

brought a claim for tortious interference with a contract in violation of state law.